UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20631-RAR/Becerra

UNITED STATES OF AMERICA

vs.

LUIS FELIPE ESCORCIA GAVIRIA,

      Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
ON DEFENDANT'S MOTION TO REDUCE SENTENCE

THIS CAUSE comes before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation on Defendant's *pro se* Motion to Reduce Sentence Per 18 U.S.C. 3582(C)(2), filed on January 12, 2023 [ECF No. 32] ("Report").  The Court has reviewed the Report and is otherwise fully advised in the premises.

A district court reviewing a magistrate judge's report and recommendation "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 783-84 (11th Cir. 2006).  The district court "may accept, reject or modify, in whole or in part, the findings of the recommendations made by the magistrate judge."  *Id.*; *see also* FED. R. CRIM. P. 59(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  "[I]n determining whether to accept, reject, or modify the magistrate's report and recommendations, the district court has the duty to conduct a careful and complete review."  *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 408 (5th Cir. 1982)).  Legal conclusions are subject to *de novo* review, even if no party specifically objects.  *See U.S. v. Keel*, 164 F. App'x 958, 961 (11th Cir. 2006); *U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982).

Mindful of the standard of review, and having carefully reviewed the record, as well as specifically conducted a *de novo* review of the Report's legal conclusions, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge Jacqueline Becerra's Report and Recommendation on Defendant's *pro se* Motion to Reduce Sentence Per 18 U.S.C. 3582(C)(2) [ECF No. 32] is **AFFIRMED AND ADOPTED**.  Accordingly, Defendant's Motion [ECF No. 27] is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 30th day of January 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record